UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:

Case #23-13554-BKC-LMI

Bernaldo Napoles,

Chapter 13

Debtor,
_____/

## EMERGENCY MOTION TO EXTEND AUTOMATIC STAY PURSUANT TO §362(e)(3)(B) AND NOTICE OF HEARING REQUESTED AUTOMATIC STAY TERMINATES JUNE 4, 2023

COMES NOW THE DEBTOR who moves this Honorable Court to be allowed to extend the Automatic Stay pursuant to §362(c)(3)(B). As grounds for this request, the Debtor states as follows:

1. That the Debtor filed for Federal Bankruptcy Protection on May 5, 2023.

2. The Debtor previously filed for Chapter 13 Relief on June 17, 2022, under Case No. 22-14731-BKC-RAM.

3. There was an Order Granting Chapter 13 Trustee's Request to Dismiss Case on November 21, 2022 [DE#42].

4. Pursuant to 11 U.S.C. §362(c)(3)(A) the automatic stay will terminate on the 30th day after the filing of this later case.

5. The Debtor has had a change in circumstances and wishes to file a new case. The Debtor has sufficient proof of family income and household size to fund this new plan and seeks the protection afforded to him by the Bankruptcy Code.

6. The Debtor requests that the automatic stay imposed by §362(a) to remain in effect as to all creditors of the debtor.

### BASIS FOR EMERGENCY

7. Pursuant *to §362(cX3)(A) the* automatic stay *will terminate* as to the Debtor's

creditors on June 4, 2023.

8.  §362(c)(3)(B) states in part:

> on the motion of a party in interest for continuation of the automatic stay and upon notice and a hearing, the court may extend the stay in particular cases as to any or all creditors (subject to such conditions or limitations as the court may then impose) after notice and a hearing completed before the expiration of the 30-day period....

WHEREFORE, the Debtor respectfully requests this Honorable Court to grant this Motion to extend the Automatic Stay pursuant to §362(c)(3)(B) as to all the Debtor's creditors.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this motion was served by US Mail and/or facsimile this 5th day of May 2023 upon the following:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

Nancy Neidich, Trustee ECF Registered

All other parties on attached matrix via U.S. Mail

/S/Mary Reyes
Reyes and Calas-Johnson PA
Mary Reyes, Esq.
Fla. Bar # 120006
792 NW 42nd Avenue
Suite 447
Miami, FL 33126
(305) 476-1900

```
Label Matrix for local noticing          (p)ABSOLUTE RESOLUTIONS CORPORATION    Affirm, Inc.
113C-1                                   8000 NORMAN CENTER DRIVE SUITE 350     Attn: Bankruptcy
Case 23-13554-LMI                        BLOOMINGTON MN 55437-1118              30 Isabella St, Floor 4
Southern District of Florida                                                    Pittsburgh, PA 15212-5862
Miami
Fri May  5 11:07:46 EDT 2023

Alphera Financial Services               American Express                       Amex
Attn: Bankruptcy                         c/oBecket and Lee LLP                  Correspondence/Bankruptcy
Po Box 3608                              POB 3001                               Po Box 981540
Dublin, OH 43016-0306                    Malvern, PA 19355-0701                 El Paso, TX 79998-1540


Amex/Bankruptcy                          Barclaysbankde                         (p)BMW FINANCIAL SERVICES
Correspondence/Bankruptcy                Attn: Bankruptcy                       CUSTOMER SERVICE CENTER
Po Box 981540                            Po Box 2460                            PO BOX 3608
El Paso, TX 79998-1540                   Cranberry Twp., PA 16066-1460          DUBLIN OH 43016-0306


Capital One/Walmart                      Cavalry Portfolio Services             (p)JPMORGAN CHASE BANK  N A
Attn: Bankruptcy                         Attn: Bankruptcy                       BANKRUPTCY MAIL INTAKE TEAM
P.O. Box 30285                           500 Summit Lake Drive, Suite 400       700 KANSAS LANE FLOOR 01
Salt Lake City, UT 84130-0285            Vahalla, NY 10595-2321                 MONROE LA 71203-4774


Citi Card/Best Buy                       Citi/Sears                             Citibank North America
Attn: Citicorp Cr Srvs Centralized Bankr Citibank/Centralized Bankruptcy        Citibank SD MC 425
Po Box 790040                            Po Box 790034                          5800 South Corp Place
St Louis, MO 63179-0040                  St Louis, MO 63179-0034                Sioux Falls, SD 57108


Citibank Sears                           Citibank/Sears                         Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy  Attn: Bnakruptcy                       Citicorp Credit Srvs/Centralized Bk dept
Po Box 790040                            Po Box 790034                          Po Box 790034
St Louis, MO 63179-0040                  St Louis, MO 63179-0034                St Louis, MO 63179-0034


Comenity Bank/Express                    Comenity Capital/IDD                   Comenitycb/el Dorado
Attn: Bankruptcy                         Attn: Bankruptcy                       Attn: Bankruptcy Dept
Po Box 182125                            Po Box 18125                           Po Box 182125
Columbus, OH 43218-2125                  Columbus, OH 43218                     Columbus, OH 43218-2125


Dade County Federal Credit Union         Dade County Federal Credit Union       Discover Financial
1500 Nw 107th Ave                        Attention: Bankruptcy Department       Attn: Bankruptcy
Sweetwater, FL 33172-2706                1500 Nw 107                            Po Box 3025
                                         Miami, FL 33172-2706                   New Albany, OH 43054-3025


(p)FIRST FEDERAL CREDIT CONTROL   INC    Internal Revenue Service               JP Morgan Chase
24700 CHAGRIN BLVD                       POB 7346                               c/oNational Bankruptcy Services
SUITE 205                                Philadelphia, PA 19101-7346            POB 9013
BEACHWOOD OH 44122-5662                                                         Addison, TX 75001-9013


LVNV Funding                             (p)DSNB MACY S                         Mercedes - Benz Financial Services
Resurgent                                CITIBANK                               Attn: Bankruptcy
POB 10587                                1000 TECHNOLOGY DRIVE MS 777           P.O. Box 685
Greenville, SC 29603-0587                O FALLON MO 63368-2222                 Roanoke, TX 76262-0685
```

| | | |
|---|---|---|
| Miami Dade County Tax Collector<br>140 W. Flagler St.<br>Miami, FL 33130-1575 | Midland Credit<br>350 Camino De La Reina #100<br>San Diego, CA 92108-3007 | Midland Fund<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108-3007 |
| Modlin & Assoc., PA<br>1551 Sawgrass Corporate Parkway #11<br>Sunrise, FL 33323-2828 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Porfolio Recovery Services<br>POB 41067<br>Norfolk, VA 23541-1067 |
| Portfolio<br>120 Corporate Blvd #100<br>Norfolk, VA 23502-4952 | Regions Bankcard<br>Attn: Bankruptcy<br>2050 Parkway Office Circle<br>Hoover, AL 35244-1805 | Space Coast Credit Union<br>Attn: Bankruptcy<br>8045 N Wickham Road<br>Melbourne, FL 32940-7920 |
| State of Florida Dept of Revenue<br>c/oJim Zingale, Executive Director AR<br>501 S Calhoun St., Rm 104<br>Tallahassee, FL 32399-6548 | Syncb/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/Pandora<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/Rooms To Go<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Attn: Bnakruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/ Old Navy<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/ Pandora<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/BRMart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/BrandsMart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Old Navy<br>Po Box 71727<br>Philadelphia, PA 19176-1727 | Volkswagen Credit, Inc<br>Attn: Bankruptcy<br>Po Box 3<br>Hillsboro, OR 97123-0003 | Vrslauto<br>790 E 8th Ave<br>Hialeah, FL 33010-4614 |
| Walmart Credit Services/Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Wells Fargo Bank NA<br>1 Home Campus Mac X2303-01a<br>3rd Floor<br>Des Moines, IA 50328-0001 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a 3rd Fl<br>Des Moines, IA 50328-0001 |
| Bernaldo Napoles<br>410 W 41 PL<br>Hialeah, FL 33012-3844 | Mary Reyes Esq<br>782 NW 42 Ave #345<br>Miami, FL 33126-5550 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Absolute Resolutions
Attn: Bankruptcy
8000 Norman Center Dr #350
Bloomington, MN 55437

Bmw Financial Services
Attn: Bankruptcy/Correspondence
Po Box 3608
Dublin, OH 43016

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

First Federal Credit Control
Attn: Bankruptcy
24700 Chagrin Blvd, Ste 205
Cleveland, OH 44122

Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

(d)Mercedes-Benz Financial Services
Attn: Bankruptcy
Po Box 685
Roanoke, TX 76262-0685

(d)Synchrony Bank/Old Navy
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060


End of Label Matrix
Mailable recipients    59
Bypassed recipients     3
Total                  62